JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

MITTERA ACQUISITION, LLC, an Iowa Corporation,

Plaintiff,

v.

MONEYMAILERUSA INCORPORATED, a Delaware corporation; LOCAL MARKETING SOLUTIONS GROUP, INC., an Illinois corporation; and DOES 1 through 10, inclusive,

Defendant(s).

LOCAL MARKETING SOLUTIONS GROUP, INC. an Illinois corporation

Third Party Plaintiff

v.

MONEY MAILER, LLC, a Missouri limited Liability company, and ROES 1 THROUGH 20, inclusive

Third Party Defendants

Case No. 8:23-CV-02315-MRA-JDEx

**ORDER GRANTING MOTION TO DISMISS DEFENDANTS LOCAL MARKETING SOLUTIONS GROUP, INC. AND MONEYMAILERUSA INCORPORATED [98]**

Before the Court is Plaintiff's Motion to Dismiss Defendants Local Marketing Solutions Group, Inc. and MoneyMailer USA Incorporated. ECF 98. The Court has considered all arguments and evidence in support thereof and the record in this case, and finds the following:

- On August 7, 2025, Plaintiff Mittera Acquisition, LLC filed a Notice of Settlement, notifying the Court that Plaintiff and Third-Party Defendant **MoneyMailer, LLC** had reached a settlement resolving all claims against MoneyMailer, LLC (ECF 97);
- A default was entered against Defendant **MoneyMailerUSA Incorporated** on May 20, 2024 (ECF 37), but Plaintiff does not wish to pursue the matter any further—including by seeking default judgment—against MoneyMailerUSA Incorporated;
- With respect to Defendant **Local Marketing Solutions Group, Inc.** ("LMSG"), the Court issued an Order to Show Cause on May 27, 2025, as to why a default should not be entered against LMSG given that LMSG had not filed a substitution of counsel and cannot proceed without counsel as a corporate entity (ECF 81); no response was filed; and
- In its Motion to Dismiss, Plaintiff provided evidence that LMSG entered into an Assignment for the Benefit of Creditors on December 30, 2024, and the corporation was dissolved on March 14, 2025. Mancinelli Decl. ¶ 4, Exs. A, B.

For good cause shown, Plaintiff's Motion to Dismiss Defendants Local Marketing Solutions Group, Inc. and MoneyMailerUSA Incorporated is hereby **GRANTED**. *See* Fed. R. Civ. P. 41(a)(2) (providing that "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper"). Local Marketing Solutions Group, Inc. and MoneyMailer USA Incorporated are hereby **DISMISSED**. The Clerk shall administratively close this case.

**IT IS SO ORDERED.**

Dated: August 28, 2025

HON. MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE